IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
 Plaintiff,

v.                          5:22-mj-1001-PRL

MIRANDA DELEE FARLEIGH,
 Defendant.

AUSA: Robert Bodnar
Deft. Atty: Christine Bird (FPD)

| JUDGE | Philip R. Lammens | DATE AND TIME | January 6, 2022<br>2:08 pm – 2:30 pm<br>22 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Bryan Coomer |

**CLERK'S MINUTES – INITIAL APPEARANCE ON A
CRIMINAL COMPLAINT**

Defendant advised of rights, charges, penalties, etc.

Defendant requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints Court appoints the Federal Public Defender with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER.**

Defendant waives right to a Preliminary Hearing.

Court advised the parties of the requirements of the Due Process Protections Act.

Government is not seeking detention but requests conditions of release.

Defendant has no opposition to conditions proposed.

Court sets bond at $15,000.00 Unsecured.

**ORDER SETTING CONDITIONS OF RELEASE TO ENTER.**

**FILED IN OPEN COURT:**
Financial Affidavit
Waiver of a Preliminary Hearing